IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CALVIN FRAZIER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv381-MHT |
| | ) | (WO) |
| SIBLEY G. REYNOLDS, | ) | |
| Circuit Court Judge, | ) | |
| Individual, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit seeking to hold the defendant judges, courts, law enforcement officials, and city liable for alleged constitutional violations stemming from a prior arrest, conviction, appeal, and subsequent conviction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to proceed in forma pauperis be denied and plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an

independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of July, 2015.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE