# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CALVIN FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv381-MHT |
| | ) | (WO) |
| SIBLEY G. REYNOLDS, Judge, | ) | |
| et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(3) Plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is denied.

(4) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of July, 2015.

<u>    /s/ Myron H. Thompson    </u>
UNITED STATES DISTRICT JUDGE